UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br>v.<br><br>WATERS CORPORATION, DOUGLAS A. BERTHIAUME and JOHN A. ORNELL,<br><br>       Defendants. | Civil Action No. 1:08-11889-JLT |

ORDER

March 25, 2010

TAURO, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders that Defendants' Motion to Dismiss [#18] is ALLOWED on the grounds that Plaintiff Inter-Local Pension Fund GCC/IBT failed to adequately plead scienter. This case is hereby DISMISSED. IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro
                                            United States District Judge