UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WATERS CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:08-cv-11889-JLT<br><br>CLASS ACTION |

**NOTICE OF APPEAL**

Notice is hereby given that Inter-Local Pension Fund GCC/IBT, Lead Plaintiff in the above-named matter, hereby appeals to the United States District Court of Appeals for the First Circuit from the Order (Doc. No. 25) and Memorandum (Doc. No. 26) allowing Defendants' Motion to Dismiss the Amended Class Action Complaint that were entered in this action on March 25, 2010.

Respectfully submitted,

DATED:  April 23, 2010          SHAPIRO HABER & URMY LLP
                                THOMAS G. SHAPIRO (BBO#454680)
                                ADAM M. STEWART (BBO#661090)


                                 /s/ Adam M. Stewart
                                    ADAM M. STEWART

                                53 State Street
                                Boston, MA  02109
                                Telephone:  617/439-3939
                                617/439-0134 (fax)
                                tshapiro@shulaw.com
                                astewart@shulaw.com

                                *Liaison Counsel for Plaintiff*

                                ROBBINS GELLER RUDMAN &
                                  DOWD LLP
                                SAMUEL H. RUDMAN
                                DAVID A. ROSENFELD
                                MARIO ALBA JR.
                                58 South Service Road, Suite 200
                                Melville, NY  11747
                                Telephone:  631/367-7100
                                631/367-1173 (fax)
                                srudman@rgrdlaw.com
                                drosenfeld@rgrdlaw.com
                                malba@rgrdlaw.com

                                *Lead Counsel for Plaintiff*

- 1 -

## **Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 23, 2010.

**/s/ Adam M. Stewart**
Adam M. Stewart